PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Phillip Dewayne Hunt               Case Number: A-13-CR-429(1)LY

Name of Sentencing Judicial Officer: Honorable Sam Sparks, U.S. Senior District Judge

Date of Original Sentence: January 10, 2014

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) & 846

Original Sentence: 121 months' imprisonment followed by three (3) years of supervised release, Special Conditions: drug and mental health treatment, alcohol abstinence, take all medication as prescribed, search condition and a $100 special assessment fee

Type of Supervision: Supervised Release        Date Supervision Commenced: August 7, 2020

Assistant U.S. Attorney: Michelle E. Fernald        Defense Attorney: Stephen M. Orr - Retained

### PREVIOUS COURT ACTION

On November 2, 2015, his term of imprisonment was reduced to 97 months, pursuant to 18 U.S.C. § 3582(c)(2).

On January 5, 2021, the case was transferred to U.S. District Judge Lee Yeakel's docket.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision."

**Violation of Mandatory Condition No. 3:** "The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) for use of a controlled substance; and the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

Phillip Dewayne Hunt
Report on Offender Under
Supervision
Page 2

**Nature of Non-compliance:** On September 5, 2020, Hunt failed to appear for a random drug test as directed by his probation officer. On October 8, 2020, he submitted to a random drug test that was returned positive amphetamines. On October 23, 2020, the defendant submitted to a random drug test that was returned positive for marijuana. Furthermore, on November 1, 2020, he admitted to consuming alcohol.

**U.S. Probation Officer Action:** The defendant has been admonished for his poor decision making regarding his drug usage.  He has been referred to substance abuse counseling and random drug testing.   It is respectfully recommended no action be taken at this time to allow the defendant to participate in substance abuse counseling.  It should be noted, a police report was filed in late October 2020, reference a domestic battery; however, he was never arrested and as of this writing, the state has not pursued charges.  Furthermore, to address any further violations, the supervising jurisdiction has requested that this District initiate a transfer of jurisdiction.

Respectfully submitted,

Laura W. Howard
United States Probation Officer
Date: 1/7/2021

Approved: _____
Hector J. Garcia, Supervising
United States Probation Officer

Phillip Dewayne Hunt
Report on Offender Under
Supervision
Page 3

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  January 8, 2021